Peters & Assoc., Certified Pub. Accountants, P.C. v Upcraft (2024 NY Slip Op 01466)

Peters & Assoc., Certified Pub. Accountants, P.C. v Upcraft

2024 NY Slip Op 01466

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ.

1045 CA 23-00031

[*1]PETERS & ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS, P.C., PLAINTIFF-RESPONDENT,
v
DAVID UPCRAFT, DEFENDANT-APPELLANT. 

SAUNDERS KAHLER, LLP, UTICA (MERRITT S. LOCKE OF COUNSEL), FOR DEFENDANT-APPELLANT.
SUGARMAN LAW FIRM, LLP, SYRACUSE (CORY J. SCHOONMAKER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered April 14, 2021. The order, insofar as appealed from, denied in part the cross-motion of defendant for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 27 and 29, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court